IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

    v.

OGG – PRAIRIE AVENUE, LLC, et al.,

    Defendants.

ORDER

26-cv-223-wmc

Upon consideration of plaintiff's motion for final default judgment, the accompanying memorandum of points and authorities, admitted liability by default, and evidentiary support, the court concludes that plaintiff has established that: it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605; and it is entitled to seek statutory damages solely under 47 U.S.C. § 605. The court also concludes that: it has jurisdiction over the subject matter and parties to this action. Defendants OGG – Prairie Avenue, LLC d/b/a Jerry's Bar and Grill a/k/a Jerry's Mexican Kitchen & Bar and Gerardo Garcia failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; the allegation in plaintiff's complaint are deemed admitted by defendants; defendants exhibited *Devin Haney v. Ryan Garcia* on April 20, 2024 (the "Event"), without authorization from plaintiff; and defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, actual and punitive damages are warranted in this action under § 605(e)(3)(C)(ii) in the amount of $2,025 in licensing fees and $475 in very modestly estimated lost profits over an ordinary weeknight.

Moreover, the unchallenged affidavits offered in support, including the relatively contemporaneous, sworn "Piracy Report" by Private Investigator Willie M. Huerta provides

1

persuasive evidence of the advertising, turnout and conservatively calculated lost profits likely obtained by OGG – Prairie Avenue, LLC's deliberate exploitation of the Event. This results in total monetary damages of $2,500 and reasonably quadrupled punitive damages for defendants' blatant and willful violation of plaintiff's proprietary communication of the Event. Finally, defendant Garcia is vicariously liable for the acts of his LLC under § 605.

## ORDER

IT IS ORDERED THAT:

1. Default judgment shall be entered in favor of plaintiff and against defendants OGG – Prairie Avenue, LLC d/b/a Jerry's Bar and Grill a/k/a Jerry's Mexican Kitchen & Bar and Gerardo Garcia.

2. Plaintiff shall recover statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II) from defendants in the amount of $2,500.00.

3. Plaintiff shall recover additional damages under 47 U.S.C. § 605(e)(3)(C)(i)(II) from defendants in the amount of $10,000.00.

4. Plaintiff shall recover its reasonable costs and attorneys' fees under 47 U.S.C. § 605(e)(3)(B)(iii) in the amount of $2,263.00.

5. Plaintiff shall be entitled to post-judgment interest on the amounts awarded at the statutory rate from the date of this judgment until paid.

6. This judgment is final.

Entered this 12th day of August, 2026.

BY THE COURT:

_____

WILLIAM M. CONLEY
District Judge